# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT R. HARRISON,<br><br>Defendant. | PO-25-5069-M-KLD<br><br>Violation No. F06I004O<br>Location Code: M10<br><br>JUDGMENT IN A CRIMINAL CASE |

On March 9, 2026, Defendant Robert R. Harrison appeared before the Court for a bench trial on the above-reference violation notice charging him with dumping refuse, debris, or litter from private land in violation of 36 C.F.R. § 261.11E.

Based on the testimony and evidence presented by both parties at trial, it is the judgment of the Court that Defendant is NOT GUILTY of the charge set forth in the violation notice and this matter is DISMISSED.

DATED this 9th day of March, 2026.

Kathleen L. DeSoto
United States Magistrate Judge

1